

**ORDERED in the Southern District of Florida on November 20, 2019.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                           Case No.: 19-13718-MAM

Michael DeSimone,
                                                                 Chapter 11
         Debtor.
                                        /

**ORDER DIRECTING SUBMISSION OF DOCUMENTS**

**THIS MATTER** came before the Court on November 14, 2019 at 1:30 p.m. (the "Hearing"), upon the *United States Trustee's Motion to Dismiss or Convert* [ECF No. 44] (the "Motion"), and for a status conference. For the reasons stated on the record at the Hearing, the Court finds it necessary to direct the above-captioned debtor

("Debtor") to comply with his obligations as a chapter 11 debtor, including filing complete, accurate monthly operating reports through the month of October 2019.

Accordingly, the Court, having considered the Motion and the representations of parties at the Hearing, and being otherwise fully informed in the premises, hereby **ORDERS** that Debtor shall file complete, accurate monthly operating reports through and including the month of October 2019, no later than **November 22, 2019**.

###

Copy furnished to:

Jay A. Meyers, Esq.

*Attorney Meyers is directed to serve this Order upon all interested parties and file a conforming certificate of service.*